UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOKUNTHEARY HENG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM BARR, et al.,<br><br>　　　　　Respondent. | Case No. SA CV 19-01284 JVS (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: December 11, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE